IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARCUS EUGENE LEE, JR.;  No. 3:17-cv-1455-PK

    Plaintiff,  ORDER

v.

HON. STEVEN A. TODD;

    Defendant.


HERNÁNDEZ, District Judge:

    Magistrate Judge Paul Papak issued a Findings and Recommendation [7] on October 10, 2017, in which he recommends dismissing Plaintiff's Complaint with prejudice

    Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of

1 – ORDER

Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [7]. Accordingly, Plaintiff's Complaint [1] is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 26 day of Nov, 2017.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge